UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VITALY PLUSCHAKOV,

                    Petitioner,

          v.

ICE FIELD OFFICE DIRECTOR,

                    Respondent.

CASE NO. 2:26-cv-01298-DGE

ORDER REQUIRING PETITIONER
FILE AMENDED PETITION

       This matter comes before the Court on its own review of the record.  On April 13, 2026, Petitioner filed a proposed habeas petition with this Court.  (Dkt. No. 1.)  On April 15, 2026, the Clerk's Office noted Petitioner is required to pay either a $5 filing fee or submit an application to proceed in forma pauperis.  (Dkt. No. 2.)

       In addition to this filing deficiency, the petition is also deficient because it names only the ICE Field Office Director as respondent.  "[H]abeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition."  *Doe v. Garland*, 109 F.4th 1188, 1197

ORDER REQUIRING PETITIONER FILE AMENDED PETITION - 1

(9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024).  If a petitioner fails to do so, the district court lacks jurisdiction over the petition.  *Doe*, 109 F.4th at 1195–1197.  For this matter to proceed, Petitioner must name his current custodian, the warden of the Northwest Immigration and Customs Enforcement Processing Center, as a respondent.  Otherwise, the Court does not have jurisdiction to review the petition.

In the addition, the form habeas petition Petitioner filed in this matter is one that is being filed by several petitioners in different cases before this Court.  The "Argument" section in the form habeas petition includes legal argument without any analysis as to why such legal argument applies to Petitioner's individual circumstances.

Petitioner is granted leave to amend his petition to name the proper respondent.  Petitioner may also include in the amended petition any facts or legal authority he believes support his claim(s) for relief.  Petitioner must file an amended petition naming the proper respondent no later than **May 15, 2026**.  If Petitioner does not file an amended petition naming the proper respondent at that time, the Court will dismiss without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.  The Clerk is also directed to attach to this Order for Petitioner's consideration a copy of the Court's "Petition for a writ of habeas corpus under 28 U.S.C. § 2241 – Immigration Cases Information Sheet."

Dated this 15th day of April, 2026.

David G. Estudillo
United States District Judge

ORDER REQUIRING PETITIONER FILE AMENDED PETITION - 2